UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>RICHARD NEAL,  )<br>)<br>Defendant.  ) | No.:  3:19-CR-62-TAV-DCP |

## **ORDER**

This criminal case is before the Court on defendant's Motion to Continue Trial Date [Doc. 17].  Defendant moves the Court to continue the trial of this case, currently scheduled for January 7, 2020, and all other deadlines.  In support, defendant states that his counsel has pursued a good faith effort to resolve the case, but despite due diligence, additional time is necessary to resolve certain pretrial matters and prepare for trial.  Defendant understands that the time between the filing of the instant motion and the rescheduled trial date will be fully excludable for speedy trial purposes.  The government does not oppose the proposed continuance.

Upon consideration of this motion, it appears to the Court that defendant requires additional time to prepare adequately for trial, taking into account the exercise of due diligence by the parties.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court thus finds that a failure to continue this case would likely result in a miscarriage of justice.  § 3161(h)(7)(B)(i).  Accordingly, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and defendant in a speedy trial.  § 3161(h)(7)(A).

For good cause shown, and in light of the lack of any objection by the government, defendant's motion [Doc. 17] is hereby **GRANTED**, and the trial of this case, previously scheduled for January 7, 2020, is **CANCELLED** and is **RESCHEDULED** for **Tuesday, March 31, 2020, at 9:00 a.m.** The plea agreement deadline is extended to **Tuesday, March 17, 2020**. The period of time between the filing of defendant's motion and the new trial date shall be fully excludable under the Speedy Trial Act. § 3161(h)(7)(A)–(B).

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE